# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONAS ROBERT, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 11-234 |
| | ) Judge Nora Barry Fisher/ |
| THELMA WALLS and C/O ROLL, | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| Defendants | ) |
| | ) Re: ECF No. [1] |

## MEMORANDUM ORDER

The above-captioned pro se prisoner civil rights action was received by the Clerk of Court on February 22, 2011, and was referred to Chief Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Chief Magistrate Judge Lenihan's Report and Recommendation, ECF No. [7], filed on March 14, 2011, recommended that the Plaintiff's motion for IFP status be denied because he had accumulated three strikes and did not come within the imminent danger of physical injury exception. Service of the Report was made on the Plaintiff at his address of record. Plaintiff was informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and the local rules, he had a specific period of time in which to file his objections. Plaintiff filed no objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of April, 2011,

IT IS HEREBY ORDERED that Plaintiff's motion for IFP is denied and the Clerk is to mark the case closed. Plaintiff may reopen the case within 30 days of this date provided that he pays the entire filing fee of $350.00.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. [7], filed on March 14, 2011 by Chief Magistrate Judge Lenihan, is adopted as the opinion of the Court.

s/Nora Barry Fischer  
Nora Barry Fisher  
U.S. District Judge

cc: The Honorable Lisa Pupo Lenihan  
Chief United States Magistrate Judge

JONAS ROBERTS  
JA-4708  
SCI Fayette  
Box 9999  
50 Overlook Drive  
LaBelle, PA 15450-1050